NOREEN F. MATHERS, a Widow, v. PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY OF CHATTANOOGA, TENNESSEE.

197 So. 390

Division A

Opinion Filed July 12, 1940

*Blackwell & Walker,* for Petitioner;

*Knight & Green,* for Respondent.

PER CURIAM.—On petition for writ of certiorari to review a judgment of the Circuit Court of the Eleventh Judicial Circuit of Florida reversing a judgment of the Civil Court of Record of Dade County, Florida, we find, on inspection of the record, that the challenged judgment is not such a final judgment disposing of the cause as may be reviewed by this Court on certiorari.

Therefore, the writ of certiorari is denied.

So ordered.

TERRELL, C. J., WHITFIELD, BUFORD, CHAPMAN and THOMAS, J. J., concur.

Justice BROWN not participating as authorized by Section 4687, Compiled General Laws of 1927, and Rule 21-A of the Rules of this Court.